UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIFFANY J. PAULK,
    Plaintiff,

vs.                                          Case No.:  3:22cv24982/MCR/ZCB

SERGEANT SESSLER, et al.,
    Defendants.
_____/

**ORDER**

The magistrate judge issued a Report and Recommendation on December 28, 2022.  (Doc. 4).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 4) is adopted and incorporated by reference in this order.

2. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Middle District of Florida and close the case in this Court.

1

**DONE AND ORDERED** this 5th day of April 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**